**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Joseph Howard Heidkamp Jr.<br>Maxine L. Heidkamp<br><u>Debtor(s)</u> | CHAPTER 7<br><br>BKY. NO. 24-21301 CMB |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Nations Lending Corporation and index same on the master mailing list.

    Respectfully submitted,

/s/ *Denise Carlon*
PA Western BK
03 Jun 2024, 19:53:20, EDT

Denise Carlon, Esq. (317226)  ☑
Brent Lemon, Esq. (86478)  ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com