**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Joseph Howard Heidkamp Jr.<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1075<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Maxine L. Heidkamp<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7171<br>EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:   24–21301–CMB

## Order of Discharge                                                                 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Joseph Howard Heidkamp Jr.                    Maxine L. Heidkamp

9/25/24                                       **By the court:**  Carlota M Bohm
                                                                United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 24-21301-CMB
Joseph Howard Heidkamp, Jr. Chapter 7
Maxine L. Heidkamp
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: admin      Page 1 of 4
Date Rcvd: Sep 25, 2024      Form ID: 318      Total Noticed: 45

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | #+ | Joseph Howard Heidkamp, Jr., Maxine L. Heidkamp, 114 Klein Road, Cranberry Twp, PA 16066-3318 |
| 15803638 | + | Harold Zeigler Heating & Cooling, 345 A Walnut Street, Zelienople, PA 16063-2009 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Sep 26 2024 03:46:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 26 2024 00:00:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Sep 26 2024 03:46:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 26 2024 00:00:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: AISACG.COM | Sep 26 2024 03:46:00 | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15803612 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Sep 26 2024 00:11:24 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 15803613 | + | EDI: GMACFS.COM | Sep 26 2024 03:46:00 | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodard Ave, Detroit, MI 48226-3416 |
| 15803614 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Sep 25 2024 23:59:00 | Aspire Credit Card, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 15803615 | + | Email/Text: bk@avant.com | Sep 26 2024 00:00:00 | Avant LLC, Attn: Bankruptcy, 222 W Mechandise Mart Plaza , Ste 900, Chicago, IL 60654-1105 |
| 15803617 | | Email/Text: BNBSB@capitalsvcs.com | Sep 25 2024 23:59:00 | Bryant State Bank, Attn: Bankruptcy, Po Box 215, Bryant, SD 57221 |
| 15803616 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Sep 26 2024 00:10:55 | Best Egg, Attn: Bankruptcy, Po Box 42912, Philadelphia, PA 19101-2912 |
| 15803627 | | Email/Text: cfcbackoffice@contfinco.com | Sep 26 2024 00:00:00 | Continental Finance Co, Attn: Bankruptcy, 4550 |

| Recipient # | Method | Date | Address |
|---|---|---|---|
| 15803628 | Email/Text: cfcbackoffice@contfinco.com | Sep 26 2024 00:00:00 | Continental Finance Company, Attn: Bankruptcy, Po Box 8099, Newark, DE 19714 |
| 15803629 | Email/Text: CCBANKRUPTCY@CORTRUSTBANK.COM | Sep 25 2024 23:59:00 | CorTrust Bank, Attn: Bankruptcy, 100 E Havens Ave, Mitchell, SD 57601 |
| 15803618 | + EDI: CAPITALONE.COM | Sep 26 2024 03:46:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15803619 | + EDI: CITICORP | Sep 26 2024 03:46:00 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 15803620 | + EDI: CITICORP | Sep 26 2024 03:46:00 | Citibank/Exxon Mobile, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 15803621 | + EDI: CITICORP | Sep 26 2024 03:46:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 15803622 | + EDI: CITICORP | Sep 26 2024 03:46:00 | Citicorp/Trac, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 15803623 | ^ MEBN | Sep 25 2024 23:47:17 | Coastl/prosp, Attn: Bankruptcy Dept, 221 Main Street, Ste 400, San Francisco, CA 94105-1913 |
| 15803624 | + EDI: WFNNB.COM | Sep 26 2024 03:46:00 | Comenity Bank/Sportsmans Guide, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15803625 | + EDI: WFNNB.COM | Sep 26 2024 03:46:00 | Comenity Capital, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15803626 | + EDI: WFNNB.COM | Sep 26 2024 03:46:00 | Comenity Capital/famous, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15803630 | + Email/PDF: creditonebknotifications@resurgent.com | Sep 26 2024 00:10:06 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 15803631 | + EDI: DISCOVER | Sep 26 2024 03:46:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15803635 | Email/Text: collecadminbankruptcy@fnni.com | Sep 26 2024 00:00:00 | Fnb Omaha, Attn: Bankruptcy, P.O. Box 3128, Omaha, NE 68103 |
| 15803634 | Email/Text: BNBLAZE@capitalsvcs.com | Sep 25 2024 23:59:00 | First Savings Bank/Blaze, Attn: Bankruptcy, Po Box 5096, Sioux Falls, SD 57117 |
| 15803632 | + EDI: BLUESTEM | Sep 26 2024 03:46:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 15803633 | + EDI: AMINFOFP.COM | Sep 26 2024 03:46:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 15803636 | + EDI: PHINGENESIS | Sep 26 2024 03:46:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 15803637 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Sep 26 2024 00:00:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Lockbox 6112, PO Box7247, Philadelphia, PA 19170-0001 |
| 15803639 | + Email/Text: bankruptcy@huntington.com | Sep 26 2024 00:00:00 | Huntington Bank, Attn: Bankruptcy, 41 S High St, Columbus, OH 43215-3406 |
| 15803640 | + Email/Text: LC-Bankruptcy-RF@loancare.net | Sep 26 2024 00:00:00 | Loancare Llc, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 15803643 | Email/Text: ml-ebn@missionlane.com | Sep 25 2024 23:59:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 15803641 | + Email/Text: bankruptcy@marinerfinance.com | Sep 25 2024 23:59:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |

Note at top right of first row: Linden Hill Rd, Ste 4, Wilmington, DE 19808

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15803642 | + | Email/Text: Mercury@ebn.phinsolutions.com | Sep 25 2024 23:59:00 | Mercury/FBT, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |
| 15803644 | | Email/Text: bankruptcy@oportun.com | Sep 25 2024 23:59:00 | Oportun, Attn: Bankruptcy, Po Box 560698, The Colony, TX 75056 |
| 15803645 | + | EDI: PENNDEPTREV | Sep 26 2024 03:46:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15803645 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 26 2024 00:00:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15803646 | + | Email/Text: bankruptcy@petalcard.com | Sep 26 2024 00:00:21 | Petal Card 1/webbank, Attn: Bankruptcy Dept, Po Box 105168, Atlanta, GA 30348-5168 |
| 15803647 | | EDI: CITICORP | Sep 26 2024 03:46:00 | Sears Credit Cards, PO Box 183082, Columbus, OH 43218-3082 |
| 15803648 | + | EDI: SYNC | Sep 26 2024 03:46:00 | Syncb/Harbor Freight, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15803649 | + | EDI: SYNC | Sep 26 2024 03:46:00 | Syncb/Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15803650 | + | EDI: SYNC | Sep 26 2024 03:46:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15803651 | + | EDI: SYNC | Sep 26 2024 03:46:00 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15803653 | ^ | MEBN | Sep 25 2024 23:47:10 | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |

TOTAL: 46

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Nations Lending Corporation |
| 15803652 | | The Huntington Natl Ba |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 27, 2024                    Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2024 at the address(es) listed below:

**Name**              **Email Address**
Brian C. Thompson

| District/off: 0315-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Sep 25, 2024 | Form ID: 318 | Total Noticed: 45 |

| | |
|---|---|
| | on behalf of Debtor Joseph Howard Heidkamp Jr. bthompson@ThompsonAttorney.com, blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Brian C. Thompson | |
| | on behalf of Joint Debtor Maxine L. Heidkamp bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Crystal H. Thornton-Illar | |
| | cthornton-Illar@leechtishman.com PA95@ecfcbis.com |
| Denise Carlon | |
| | on behalf of Creditor Nations Lending Corporation dcarlon@kmllawgroup.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |

TOTAL: 5